IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JENNIFER FREEMAN, | * |
| | * |
| Plaintiff, | * |
| | *  CIVIL ACTION NO. 1:10-CV-302 |
| v. | * |
| | *  (COLLIER/LEE) |
| GREGG D. LAYNE individually and d/b/a | * |
| LAYNE INSURANCE AGENCY and | *  **JURY DEMAND** |
| FARMERS' INSURANCE GROUP, | * |
| | * |
| Defendants. | * |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Come now all of the parties to this litigation, by and through counsel, and hereby stipulate to the dismissal of this civil action and any and all claims of Plaintiff against all defendants, with prejudice, with the parties bearing their own respective discretionary costs, if any. No party admits any wrongdoing, fault, or liability in connection with the matters at issue in this action. It is therefore,

ORDERED, ADJUDGED and DECREED that the Complaint, as amended, and all claims of Plaintiff against all defendants should be and hereby are dismissed with prejudice; it is further,

ORDERED, ADJUDGED and DECREED that this is a final judgment on the merits, adjudicating all the claims and all the rights and liabilities of all the parties, and that this final judgment shall terminate the action as to all claims and parties.

Signed this _____ day of _____, 2011.

/s/ Curtis L. Collier
CHIEF DISTRICT COURT JUDGE

Signatures in Approval on Next Page

**EXHIBIT**

APPROVED:

JENNE, SCOTT & JENNE, PLLC

By: _____
    Joshua H. Jenne, BPR No. 23716
Attorneys for Plaintiff Jennifer Freeman
P.O. Box 161
Cleveland, TN 37364
Telephone: (423) 476-5506
Facsimile: (423) 476-5058

SPEARS, MOORE, REBMAN & WILLIAMS, P.C.

By: _____
    Daniel M. Stefaniuk, BPR No. 019608
Attorneys for Defendant Gregg D. Layne
801 Broad Street, Sixth Floor
P. O. Box 1749
Chattanooga, Tennessee 37401-1749
Telephone: (423) 756-7000
Facsimile: (423) 756-4801

PATRICK, BEARD, SCHULMAN & JACOWAY,

By: _Steven Jacoway by Daniel M. Stefaniuk with express permission 1/20/2012_
    Steven M. Jacoway, BPR # 012129
    McKinley S. Lundy, Jr., BPR #027391
Attorneys for Farmers Insurance Exchange
537 Market Street, Suite 202
Chattanooga, TN 37402
Telephone: (423) 756-7117
Facsimile: (423) 267-5032

NIELSEN LAW FIRM, LLC

By: _Deani Beard Milano by Daniel M. Stefaniuk with express permission 1/20/2012_
    Deani Beard Milano, La.S.B. #24358
    Joseph J. Aguda, La. S.B. #17079
Attorneys for Farmers Insurance Exchange
Three Lakeway Center
3838 North Causeway Blvd., Ste. 2850
Metairie, LA 70003
Telephone: (504) 837-2500
Facsimile: (504) 832-9165